1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   BARBARA CLARK,
                                    No. CIV S-05-2410 FCD KJM PS
12                  Plaintiff,

13       v.                         **RELATED CASE ORDER**

14
     CAROL POPE, et al.,
15                  Defendants.
     _____/
16
     BARBARA CLARK,
17                  Plaintiff,        No. CIV F-07-0746 AWI WMW PS

18       v.

19
     CARRIE NEVANS, et al.,
20                  Defendants.
     _____/
21

22       The court has received the Notice of Related Cases filed

23   May 24, 2007. Examination of the above-entitled actions reveals

24   that all actions are related within the meaning of Local Rule 83-

25   123(a) (E.D. Cal. 1997).  The actions involve the same parties,

26   are based on the same or a similar claims, and involve the same

27   property transaction or event, similar questions of fact and the

28   same questions of law, and would therefore entail a substantial

     duplication of labor if heard by different judges.  Accordingly,

1  the assignment of the matters to the same judge is likely to

2  effect a substantial savings of judicial effort and is also

3  likely to be convenient for the parties.

4       The parties should be aware that relating the cases under

5  Local Rule 83-123 merely has the result that these actions are

6  assigned to the same judge; no consolidation of the actions is

7  effected.  Under the regular practice of this court, related

8  cases are generally assigned to the judge and magistrate judge to

9  whom the first filed action was assigned.

10      IT IS THEREFORE ORDERED that the action denominated:

11 CIV F-07-0746 AWI WMW PS is reassigned to Judge Frank C. Damrell,

12 Jr. and Magistrate Judge Kimberly J. Mueller for all further

13 proceedings. Any dates currently set in the reassigned case, to

14 include any motion hearing, are hereby VACATED.

15      Henceforth, the caption on all documents filed in the

16 reassigned case shall be shown as: CIV S-07-1086 FCD KJM PS, the

17 Sacramento Division case number.

18      IT IS FURTHER ORDERED that the Clerk of Court make

19 appropriate adjustments in the assignment of civil cases to

20 compensate for this reassignment.

21      IT IS SO ORDERED.

22 DATED: June 5, 2007

23

24

25                         FRANK C. DAMRELL, JR.
                           UNITED STATES DISTRICT JUDGE
26

27

28