IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA CLARK,

      Plaintiff,                            No. CIV S 07-1086 FCD KJM PS

     vs.

CARRIE NEVANS, et al.,

      Defendants.                    <u>ORDER</u>

_____/

        This action was initially filed in the Central District of California, was transferred to the Eastern District of California, Fresno Division, and has now been transferred to the Sacramento Division by order of the District Judge, filed June 7, 2007.  As with the related action filed by plaintiff, CIV S-05-2410 FCD KJM PS, the docket is already full with numerous pleadings and motions and is fast approaching a state akin to what meteorologists and astrophysicists would describe as chaos.  This action **shall** proceed in an orderly fashion.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  All motions pending on the docket are denied without prejudice.

        2.  Any motion to dismiss shall be filed no later than June 29, 2007, and shall be noticed for hearing on August 29, 2007, at 10:00 a.m. before the undersigned.  Points and

/////

1

1 authorities in support of any motion so noticed shall be limited to ten pages (excluding exhibits)
2 and shall not incorporate by reference any documents previously filed in this action.

3     3. Opposition, if any, shall be filed no later than July 23, 2007. No extension of
4 time will be granted. Points and authorities in opposition shall be limited to ten pages (excluding
5 exhibits) and shall not incorporate by reference any documents previously filed in this action. If
6 separate opposition to each motion is filed, plaintiff shall specifically identify the motion to
7 which each opposition pertains. Plaintiff is cautioned that superfluous and irrelevant material
8 will be disregarded.

9     4. Reply, if any, shall be filed no later than August 6, 2007. Point and authorities
10 in reply shall be limited to five pages (excluding exhibits) and shall not incorporate by reference
11 any documents previously filed in this action.

12     5. Pending resolution of the motions to dismiss, discovery is stayed.

13     6. Plaintiff is limited to only one motion pending at any time. Such motion must
14 be properly noticed for hearing. Plaintiff is limited to one memorandum of points and authorities
15 in support of the motion, limited to ten pages (excluding exhibits) and one reply to any
16 opposition, limited to five pages. Plaintiff is further limited to one set of objections to any
17 findings and recommendations.

18     Failure to comply with this order shall result in improperly documents being
19 stricken from the record and may result in a recommendation that this action be dismissed or
20 other sanctions as the court deems appropriate.

21 DATED: June 11, 2007.

22                                   U.S. MAGISTRATE JUDGE

23 006
clark-nevans.sch