IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA CLARK,

      Plaintiff,                                    No. CIV S 07-1086 FCD KJM PS

    vs.

CARRIE NEVANS, et al.,

      Defendants.                     <u>ORDER</u>

_____/

        Presently calendared for hearing on July 18, 2007 is plaintiff's motion to stay. The court has determined that the matter will be submitted on the papers without oral argument. <u>See</u> Local Rule 78-230(h).

        Plaintiff moves to stay this action pending resolution of proceedings before the state court and a state administrative agency. Plaintiff initiated the instant federal action, knowing full well that the other state actions were ongoing. Plaintiff is of course free to dismiss her federal action in order to fully litigate her state proceedings. However, defendants in the instant federal action have moved to dismiss and are entitled to resolution of those motions. The court is disinclined to keep defendants on the tether in a federal action while plaintiff litigates state actions if defendants are in fact entitled to dismissal in the federal action. The briefing on

/////

1

1 defendants' motions to dismiss shall therefore proceed as set forth in the June 11, 2007
2 scheduling order.
3    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to stay is denied.
4 DATED: June 20, 2007.

               _____
               U.S. MAGISTRATE JUDGE

006
clark-nevans.sub