IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA CLARK,

     Plaintiff,                               No. CIV S 07-1086 FCD KJM PS

     vs.

CARRIE NEVANS, et al.,

     Defendants.                         <u>ORDER</u>

_____/

       Presently calendared for hearing on August 29, 2007 are defendants' motions to dismiss. Plaintiff has now filed an amended complaint as a matter of right, thus mooting the motions to dismiss. Accordingly, the court will set a new briefing schedule.

       Plaintiff has also filed an application to proceed in forma pauperis. On the present application, the information regarding plaintiff's financial status is incomplete. The application will therefore be denied without prejudice.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The pending motions to dismiss are denied as moot in light of the filing of the amended complaint.

       2. Any motion to dismiss shall be filed no later than September 7, 2007, and shall be noticed for hearing on October 17, 2007, at 10:00 a.m. before the undersigned. Points and

1

authorities in support of any motion so noticed shall be limited to ten pages (excluding exhibits) and shall not incorporate by reference any documents previously filed in this action.

      3. Opposition, if any, shall be filed no later than September 28, 2007.  No extension of time will be granted.  Points and authorities in opposition shall be limited to ten pages (excluding exhibits) and shall not incorporate by reference any documents previously filed in this action.  If separate opposition to each motion is filed, plaintiff shall specifically identify the motion to which each opposition pertains. Plaintiff is cautioned that superfluous and irrelevant material will be disregarded.

      4. Reply, if any, shall be filed no later than October 8, 2007.  Point and authorities in reply shall be limited to five pages (excluding exhibits) and shall not incorporate by reference any documents previously filed in this action.

      5. Except as to the modification of the briefing schedule as set forth in the preceding paragraphs, all provisions of the court's June 11, 2007 order remain in effect.

      6. Plaintiff's application to proceed in forma pauperis is denied without prejudice.  The Clerk of Court is directed to serve plaintiff with a copy of the court's form application for proceeding in forma pauperis used in non-prisoner cases.

DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

006
clark-nevans.revsch