IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA CLARK,

        Plaintiff,                                No. CIV S 07-1086 FCD KJM PS

    vs.

CARRIE NEVANS, et al.,

        Defendants.                       <u>ORDER</u>

_____/

        Defendants' motion to have plaintiff declared a vexatious litigant came on regularly for hearing August 29, 2007. Plaintiff appeared in propria persona. Michael Denison and Justin Bentley appeared for defendant Adventist Health. Michael Drayton appeared for defendant Nevans. No appearance was made for the remaining defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The July 27, 2007 scheduling order is vacated. Pending resolution of the vexatious litigant motion, this action is stayed for all purposes. Defendants need not file any motions to dismiss or responsive pleadings pending further order of the court.

/////

/////

2. Pending resolution of the vexatious litigant motion, plaintiff shall file no further pleadings in this action.

DATED: August 29, 2007.

_____
U.S. MAGISTRATE JUDGE

006
clark-nevans.oahvex