IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA CLARK,

      Plaintiff,                    No. CIV S-07-1086 FCD KJM PS

  vs.

CARRIE NEVANS, et al.,

      Defendants.           <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On October 16, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed October 16, 2007, are adopted in full.

        2. Plaintiff is declared a vexatious litigant.

1        3. The following pre-filing order is entered:

2            A. Plaintiff is prohibited from raising in this court any claims relating to
3   her workers' compensation dispute, including claims of conspiracy related thereto, and plaintiff
4   is precluded from naming as defendants Carrie Nevans, Dennis Hershewe, Thomas Mostert,
5   Adventist Health System/West, David N. Glaser, M.D., Destie Overpeck, David Wolf and
6   Robert Norton.  Plaintiff is directed not to attempt to base her claims on other federal authority,
7   i.e., under the Medicare Secondary Payer Act, Americans with Disabilities Act, the Civil Rights
8   Act, or via constitutional challenges, in an attempt to circumvent this pre-filing order.

9            B. Plaintiff is directed to submit a pre-filing request to the duty judge of
10  this court to consider any new federal claims unrelated to plaintiff's workers' compensation
11  dispute.  Plaintiff is directed to include with any pre-filing request a declaration under penalty of
12  perjury stating that the claims raised in her pre-filing request are unrelated to her workers'
13  compensation dispute.  Plaintiff be required to obtain a court order granting her permission to
14  proceed with such unrelated claims prior to filing such claims in this court.

15       4. This action is dismissed.

16  DATED: November 14, 2007.

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE